1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 NORTHWEST ECOSYSTEM ALLIANCE, et
al.,

11                    Plaintiffs,                    CASE NO. C04-1331C

12          v.                                        MINUTE ORDER

13 GAIL NORTON, et al.,

14                    Defendants.

15

16          The following Minute Order is made by direction of the Court, the Honorable John C.

17 Coughenour, United States District Judge:

18          This matter comes before the Court on the parties' request for a four week extension of the

19 mediation completion deadline (Dkt. No. 18).  The Court hereby CONTINUES the completion date for

20 mediation from May 6, 2005 to June 3, 2005.

21          DATED this  5th  day of May, 2005.

22                                              BRUCE RIFKIN, Clerk of Court

23

24                                              By _____/s/ L. Simle_____
                                                        Deputy Clerk

25

26 MINUTE ORDER – 1